ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUN 14 2018
at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

ELLIOT ENOKI #1528
Acting United States Attorney
District of Hawaii

ZACHARY J. RAY
Special Assistant U.S. Attorney
PJKK Federal Bldg., Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Zachary.Ray@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | PO NO. PO18-00150 RLP |
| Plaintiff, | INFORMATION |
| | 18 U.S.C.13; |
| vs. | 40 U.S.C.1315(c), |
| | 32 C.F.R. 634.25(f), |
| | H.R.S. §§ 286-132, 286-136, |
| KARLAKELSEY V. PLESS, | H.R.S. § 291C-102 |
| | Citation Nos.: 7623563/H-10 |
| Defendant. | 7623562/H-10 |
| | A & P Date: JUN 26 2018 |

INFORMATION

COUNT 1
[18 U.S.C.13; H.R.S. §§ 286-132, 286-136]
(Driving w/Suspended License)
(Citation No. 7623563/H-10)

The United States Attorney charges that:

On or about May 2, 2018, Schofield Barracks, Hawaii, a place within the special maritime and territorial jurisdiction of the United States, in the District of Hawaii, KARLAKELSEY V. PLESS, defendant herein, unlawfully operated a motor vehicle upon

a public street, road, or highway with a canceled, suspended, or revoked driver's license.

All in violation of Hawaii Revised Statutes 286-132 and 286-136, a federal offense pursuant to Title 18 United States Code, Section 13.

COUNT 2
[40 U.S.C.1315(c), 32 C.F.R. 634.25(f); H.R.S. 291C-102]
(Speeding 15-25 mph over the Limit)
(Citation No. 7623562/H-10)

The United States Attorney further charges that:

On or about May 2, 2018, Schofield Barracks, Hawaii, a place within the special maritime and territorial jurisdiction of the United States, in the District of Hawaii, KARLAKELSEY V. PLESS, defendant herein, did unlawfully operate a motor vehicle upon a public street, road, or highway at forty (40) miles per hour in an area with a posted speed limit of twenty-five (25) miles per hour.

//
//
//
//
//
//
//
//
//

All in violation of Hawaii Revised Statutes 291C-102, Title 40, United States Code, Section 1315(c), and Title 32, Code of Federal Regulations, Section 634.25(f).

DATED: JUN 12 2018, Honolulu, Hawaii.

ELLIOT ENOKI
Acting United States Attorney
District of Hawaii

By /s/ ZACHARY J. RAY
ZACHARY J. RAY
Special Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

U.S. vs. KARLAKELSEY V. PLESS
PO No.
Citation Nos.: 7623563/H-10
              7623562/H-10
"INFORMATION"

PO18-00150 RLP

3